No. 219. POSNER *v.* ANDERSON. Submitted November 14, 1934. Decided November 19, 1934. *Per Curiam:* It appearing that petitioner is not a party to the record, the writ of certiorari is dismissed as improvidently granted. *Mr. Emanuel van Dernoot,* with whom *Mr. Arthur Joseph* was on the brief, submitted for petitioner. *Messrs. George L. Buland* and *Charles L. Minor,* with whom *Mr. Jeremiah C. Waterman* was on the brief, submitted for respondent.

No. 62. WETZEL *v.* FULTON, SUPERINTENDENT OF BANKS OF OHIO. Argued November 8, 9, 1934. Decided November 19, 1934. *Per Curiam:* The appeal herein is dismissed for the want of jurisdiction: (1) *Lynch* v. *New York ex rel. Pierson, ante,* p. 52; (2) *Gibbes* v. *Zimmerman,* 290 U S. 326, 332. *Messrs. Merritt A. Vickery* and *William K. Gardner* for appellant. *Mr. Luther Day* and *Mr. John W. Bricker,* Attorney General of Ohio, with whom *Messrs. Donald W. Kling* and *George H. Rudolph* were on the brief, for appellee.